

1 McGREGOR W. SCOTT
United States Attorney
2 SHEA J. KENNY
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

8

9 IN THE UNITED STATES DISTRICT COURT

10 EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,

CASE NO. 2:19-MJ-45 DB

13 Plaintiff,

[PROPOSED] ORDER TO UNSEAL CASE & KEEP PREVIOUSLY FILED CRIMINAL COMPLAINT AND AFFIDAVIT THEREOF OF MARCH 22, 2019 SEALED, AND TO UNSEAL THE REDACTED COMPLAINT

14 v.

15 DARNELL RAY OWENS,

16 Defendants

17

18

19  Pursuant to Local Rules 140 and 141(b) and based upon the representation contained in the

20 government's Request to Unseal the Case While Keeping Original Filed Complaint Sealed and Affidavit

21 thereof sealed, IT IS HEREBY ORDERED that the above-captioned case is unsealed; however, the

22 Complaint and affidavit filed on March 22, 2019, will remain under seal. It is further ordered that the

23 government's Redacted Complaint and Affidavit thereof filed on March 25, 2019 be unsealed and made

24 available on the public docket.

25  The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

26 *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in

27 the government's request, the continued sealing of the government's original Complaint is necessary to

28 protect innocent victims. In light of the public filing of its request to unseal, the Court further finds that

[PROPOSED] ORDER TO UNSEAL CASE & KEEP
PREVIOUSLY FILED COMPLAINT SEALED, AND TO
UNSEAL REDACTED COMPLAINT

1

there are no additional alternatives to the continued sealing of the government's original Complaint that would adequately protect the compelling interests identified by the government.

Dated: 3-25-2019

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE